IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Bridges Ann Mealing, ) | |
| ) | C.A. No. 6:08-2478-HMH-WMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **OPINION AND ORDER** |
| ) | |
| Michael J. Astrue, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d)(1)(A). Bridges Ann Mealing ("Mealing") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Four Thousand Seven Hundred Ninety-Two Dollars and Ninety Cents ($4,792.90) (calculated at $167.00 per hour for 28.7 hours) and $16.00 in expenses and $7.00 in costs.[1] The Commissioner does not object to the request for attorney's fees and expenses.[2] Further, the court finds the hourly rate and number of hours to be reasonable.

---

[1] "[A]ttorney's fees under the EAJA are payable to the claimant, not the attorney" and "it is settled law that the attorney does not have standing to apply for the EAJA fees; that right belongs to the prevailing party." Stephens v. Astrue, 565 F.3d 131, 137-38 (4th Cir. 2009) (internal quotation marks omitted).

[2] Costs are paid from the Department of Justice Judgment Fund.

1

Therefore, it is

**ORDERED** that Mealing is awarded attorney's fees in the amount $4,792.90, expenses in the amount of $16.00, and costs in the amount of $7.00.

**IT IS SO ORDERED**.

                                            s/Henry M. Herlong, Jr.
                                            Senior United States District Judge

Greenville, South Carolina
October 5, 2009